```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #:_____
                                                    DATE FILED: 1/23/2020

YVETTE ARMSTEAD,

                                       **Plaintiff,**                          **19-CV-09548 (PGG)(SN)**

            -against-                                                              **ORDER**

ANDREW SAUL, COMMISSIONER OF SOCIAL
SECURITY,

                                       **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On January 9, 2020, the Court granted plaintiff Armstead leave to proceed without prepayment of fees. See 28 U.S.C. § 1915. On January 10, 2020, an electronic summons was issued against the Commissioner of Social Security. The portion of the January 9, 2020 Order directing the Clerk of Court to forward the necessary papers to the United States Marshal for service of the summons and complaint on the Commissioner of Social Security is VACATED. Counsel for plaintiff Armstead is directed to serve the Commissioner and file proof of service on ECF.

**SO ORDERED.**

                                                           _____
                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:    January 23, 2020
                 New York, New York